UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN REFUGIO RODRIGUEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MADDEN,<br><br>　　　　　　Respondent. | No.  2:22-cv-1539 KJN P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Instead, petitioner provided an August 28, 2022 letter to the clerk stating that he submitted a request to his correctional counselor to pay the $5.00 filing fee, which should be mailed out by Thursday of that week.  To date, the payment has not been received.

　　　　Petitioner is provided the opportunity to submit the appropriate filing fee.

　　　　In accordance with the above, IT IS HEREBY ORDERED that petitioner shall submit, within thirty days from the date of this order, the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  September 8, 2022

/rodr1539.101a

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE