UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN REFUGIO RODRIGUEZ,<br><br>  Petitioner,<br><br>  v.<br><br>MADDEN,<br><br>  Respondent. | No.  2:22-cv-1539 KJN P<br><br>ORDER |

Petitioner is a state prisoner, proceeding pro se.  Two motions are pending.

On October 7, 2022, petitioner filed a request for the return of his legal property. Petitioner was transferred from RJ Donovan in San Diego to the California Men's Colony State Prison in San Luis Obispo and had not yet received his legal property.  However, on October 11, 2022, plaintiff filed a notice of change of address reflecting his recent transfer to the California Rehabilitation Center in Norco, California.  In light of plaintiff's recent transfer, plaintiff's motion is denied without prejudice should his legal materials not be delivered to him at Norco.

In his recent filing, plaintiff also moved for an extension of time to pay the required filing fee ($5.00).  Good cause appearing, plaintiff's motion is granted.  Petitioner is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's request (ECF No. 8) is denied without prejudice;

2. Petitioner's request for an extension of time (ECF No. 9) is granted;

3. Petitioner shall submit the appropriate filing fee within thirty days from the date of this order.

Dated: October 14, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rodr1539.111