UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN REFUGIO RODRIGUEZ, | No. 2:22-cv-1539 WBS KJN P |
| Petitioner, | |
| v. | ORDER |
| MADDEN, Warden, | |
| Respondent. | |

Petitioner requested an extension of time to file objections to the May 19, 2023, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 26) is granted; and

2. Petitioner shall file objections to the May 19, 2023 findings and recommendations within thirty days from the date of this order.

Dated: June 14, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rodr1539.111(2)